5

United States District Court
Southern District of Texas
ENTERED

MAY 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DONALD J. JAMES, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-023 |
| VS. | § | |
| | § | CRIMINAL NO. B-96-349 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 25, 2000, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this __16th__ day of __May__, 2000.

                                        Filemon B. Vela
                               United States District Judge